IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP MAURICE FRANKLIN,

        Plaintiff,

vs.                                            CASE NO. 5:08cv17/RS-EMT

OFFICER TERAN SMITH, et al,

        Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed because of failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B(ii).

3. The clerk is directed to close the file.

ORDERED on March 10, 2008.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**